# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-409-DCK

| | |
|---|---|
| CHRISTINA TRIMBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE BOARD OF PENSIONS OF THE ) | |
| PRESBYTERIAN CHURCH (USA), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

Plaintiff's "Motion To Remand" (Document No. 17) and "Memorandum In Support Of Her Motion To Remand" (Document No. 18) were filed on June 4, 2014. On June 23, 2014, Defendant filed its "Response In Opposition To Plaintiff's Motion To Remand" (Document No. 19). On July 1, 2014, Plaintiff filed a "Reply To Defendant's Response In Opposition To Plaintiff's Motion To Remand" (Document No. 22). The pending motion is now ripe for disposition; however, the undersigned finds that a decision may be assisted by oral argument by the parties' counsel.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear on **Thursday, August 7, 2014** at 2:30 p.m. in the Magistrate Courtroom of the Charles R. Jones Federal Building for a hearing on "Plaintiff's Motion To Remand".

**SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge