IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-409-DCK

| | |
|---|---|
| CHRISTINA TRIMBLE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH (USA), | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 25) notifying the Court that the parties reached a settlement on August 13, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 18, 2014**.

Signed: August 18, 2014

David C. Keesler
United States Magistrate Judge