**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-409-DCK**

| | |
|---|---|
| **CHRISTINA TRIMBLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **THE BOARD OF PENSIONS OF THE** ) | |
| **PRESBYTERIAN CHURCH (USA),** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding "Plaintiff's Motion To Remand" (Document No. 17). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

Plaintiff's "Motion To Remand" (Document No. 17) and "Memorandum In Support Of Her Motion To Remand" (Document No. 18) were filed on June 4, 2014. On June 23, 2014, Defendant filed its "Response In Opposition To Plaintiff's Motion To Remand" (Document No. 19). On July 1, 2014, Plaintiff filed a "Reply To Defendant's Response In Opposition To Plaintiff's Motion To Remand" (Document No. 22). The undersigned then held a motions hearing on August 7, 2014.

The undersigned further notes that the parties participated in a mediation on August 13, 2014, with Ann Anderson as mediator. (Document No. 25). A "Certification Of ADR Session" indicating that this matter "has been completely settled" was filed on August 18, 2014. Id. Based on the parties' resolution of this matter, the undersigned finds that the pending motion should be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Remand" (Document No. 17) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: August 19, 2014

David C. Keesler
United States Magistrate Judge